UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Send

| Case No. | CR 07-01215 SJO | Date | February 19, 2008 |
|---|---|---|---|

| Present: The Honorable | S. James Otero |
|---|---|
| Interpreter | not present |

| Victor Paul Cruz | not present | Rosalind Wang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (12) Bernard Beard | | not | xx | (12) James Pernell Cooper, III | | not | xx |

**Proceedings:**   In Chambers:   Defendant's motion for withdrawl of counsel

The Court is in receipt of defendant's in-camera motion for withdrawl of counsel.  The Court sets a hearing re said motion on Monday, February 25, 2008 @ 10:00 a.m.

:

Initials of Deputy Clerk    vpc

cc:   US Probation Office
      Pretrial Service