James P. Cooper III (SBN 125412)
Attorney at Law
5777 W. Century Boulevard, Suite 750
Los Angeles, California 90045
(310) 642-8800
(310) 642-9903 (Fax)
Email Address: trialanimal@sbcglobal.net

Attorney for Defendant Bernard Beard

**DENIED**
BY ORDER OF THE COURT
12/17/2008
S. JAMES OTERO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>KENYAN PAYNE, ET AL.,<br><br>Defendant(s). | Case No:  CR 07-1215-SJO<br><br>[PROPOSED] ORDER ON DEFENDANT BERNARD BEARD'S MOTION TO EXTEND TIME TO FILE A NEW TRIAL MOTION<br><br>Honorable S. James Otero |

     This matter having come before this Court on the motion of defendant Bernard Beard to extend time to file a new trial motion, the Court having considered the motion and good cause appearing therefore:

//

//

//

1

PROPOSED ORDER – MOTION TO EXTEND TIME TO FILE NEW TRIAL MOTION – BERNARD BEARD

GOOD CAUSE APPEARING TO THIS COURT:

IT IS HEREBY ORDERED that Bernard Beard shall file his motion for a new trial no later than _____, 200\_\_\_\_.

IT IS SO ORDERED.

Dated: _____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

**PROPOSED ORDER – MOTION TO EXTEND TIME TO FILE NEW TRIAL MOTION – BERNARD BEARD**